Circuit Court of Appeals for the Second Circuit granted limited to the first question presented by the petition for the writs. *Messrs. Milton C. Weisman, Walter Brower, Samuel J. Cohen, Samuel S. Allan, Seymour D. Altmark,* and *Coleman Gangel* for petitioners. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for respondent.

No. 371. COMMISSIONER OF INTERNAL REVENUE *v.* SMITH. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Franklin T. Griffith* and *Earl S. Nelson* for respondent.

No. 391. RICE *v.* OLSON, WARDEN. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska granted.

No. 410. PRICE, TRUSTEE, ET AL. *v.* GURNEY ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Wm. W. Keifer* and *George W. Tehan* for petitioners. *Mr. Isaac E. Ferguson* for respondents.

No. 419. CATLIN ET AL., TRUSTEES, *v.* UNITED STATES. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Thomas S. McPheeters, Henry Davis,* and *George D. Burroughs* for petitioners. *Solicitor General Fahy,*

*Assistant Attorney General Littell,* and *Messrs. W. Marvin Smith* and *Vernon L. Wilkinson* for the United States.

No. 92. BATES *v.* UNITED STATES. See *ante,* p. 15.

No. 455. REPUBLIC OF MEXICO ET AL. *v.* HOFFMAN. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Morris Lavine* for petitioners. *Mr. Farnham P. Griffiths* for respondent.

No. 469. SPECIAL EQUIPMENT CO. *v.* COE, COMMISSIONER OF PATENTS. November 6, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. James Ballard Moore* and *James M. Graves* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Abraham J. Harris* and *Walter J. Cummings, Jr.* for respondent.

No. 486. HOOVER COMPANY *v.* COE, COMMISSIONER OF PATENTS. November 6, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. William D. Sellers, Richard R. Fitzsimmons,* and *William S. Hodges* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondent. *Messrs. J. Bernhard Thiess* and *Sidney Neuman* filed a brief on behalf of Paul A. Sturtevant, as *amicus curiae,* in support of the petition.